# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW J. OLEJKOWSKI,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:14-1666 |
| v. | : | (JUDGE MANNION) |
| **CAROLYN W. COLVIN,** | : | |
| Defendant | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) the report of Judge Cohn, **(Doc. 15)**, is **ADOPTED IN ITS ENTIRETY**;

(2) the decision of the Commissioner of Social Security denying the plaintiff social security disability insurance benefits is **VACATED** and the instant action is **REMANDED** to the Commissioner for further proceedings in accordance with the report of Judge Cohn;

(3) the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 29, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1666-01-ORDER.wpd